CPLR 4102 (a) reads, in pertinent part, "A party may not withdraw a demand for trial by jury *without the consent of the other parties*" (emphasis supplied). When we apply the plain meaning of this provision to the facts of the case before us, we find that, since defendants have never consented to the withdrawal of plaintiff's jury demand, the trial court erred in denying defendants' motion *(see, Russell v Russell,* 40 AD2d 945 [1972]).

Accordingly, we reverse, and grant the motion. Concur— Sandler, J. P., Ross, Rosenberger and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH SPULKA, Appellant.—Judgment, Supreme Court, New York County (Brenda Soloff, J.), rendered on June 25, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Sandler, Asch, Kassal and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES PACK, Appellant.—Judgment, Supreme Court, New York County (Luis Neco, J.), rendered on May 27, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Carro, Kassal and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL MALDONADO, Appellant.—Judgment, Supreme Court, Bronx County (Daniel Sullivan, J.), rendered on May 16, 1985, unanimously affirmed. The motion by appellant, *pro se,* to preclude the respondent People from submitting an answering brief to appellant's *pro se* brief is granted. No opinion. Concur —Sandler, J. P., Sullivan, Milonas, Ellerin and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS CAMPBELL, Appellant.—Judgment, Supreme Court, New York County (Frederic Berman, J.), rendered on June 30, 1986, unanimously affirmed.